IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERT PARDEE, | ) | |
| | ) | |
| Petitioner, | ) | 8:14CV185 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL KINNEY, Director, | ) | MEMORANDUM AND ORDER |
| Neb. Dept. C.S., | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the Court on its own motion. On July 8, 2014, the Court ordered petitioner Robert Pardee to pay the $5.00 filing fee in this case by August 11, 2014. The Court warned Pardee that "[n]o further review of this case [would] take place until the fee is paid." (Filing No. 10 at CM/ECF p. 1.) To date, Pardee has not paid the filing fee or requested an extension of time in which to do so.

IT IS ORDERED:

1. Pardee must show cause within 30 days from the date of this Memorandum and Order why this case should not be dismissed for his failure to pay the filing fee. Failure to comply as directed will result in dismissal of this case for want of prosecution.

2. The clerk's office is directed to set the following pro se case management deadline: October 6, 2014: Check for response to show cause order.

DATED this 2nd day of September, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.